

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Gustavo Hernandez<br>DEFENDANT(S). | CASE NUMBER<br>11-2457 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

   Upon motion of _____Defendant_____, IT IS ORDERED that a detention hearing is set for __10/25__, __2011__, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __Ralph Zarefsky__, in Courtroom __540__.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
            *(Other custodial officer)*

Dated: __10/20/11__            _____[signature]_____
                                U.S. District Judge/Magistrate Judge